JWV/EWH: Oct. 2013
INFORMATION

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BRANDON JOSEPH PEAKE )  | Case No. |

# INFORMATION

**COUNT ONE:** [18 U.S.C. §§ 2113(a) and (d)]

The United States Attorney charges:

On or about the 5th day of July, 2013, in Walker County, within the Northern District of Alabama, the defendant,

**BRANDON JOSEPH PEAKE,**

did by force and violence and by intimidation, take from the person and presence of another, money, that is, approximately $56,800 in United States currency, belonging to and in the care, custody, control, management, and possession of Traders and Farmers Bank, located at 5329 Curry Highway, Jasper, Alabama 35503, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and, in committing said offense, the defendant did assault and put in

jeopardy the life of another person, by the use of a firearm, in violation of Title 18, United States Code, Sections 2113(a) and (d).

**COUNT TWO:** [18 U.S.C. § 924(c)(1)(A)]

The United States Attorney charges:

On or about the 5th day of July, 2013, in Walker County, within the Northern District of Alabama, the defendant,

**BRANDON JOSEPH PEAKE,**

did knowingly brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Armed Bank Robbery, as charged in Count One of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT THREE:** [18 U.S.C. § 844(e)]

The United States Attorney charges:

On or about the 5th day of July, 2013, in Walker County, within the Northern District of Alabama, the defendant,

**BRANDON JOSEPH PEAKE,**

through the use of a telephone in or affecting interstate or foreign commerce, willfully made a threat and maliciously conveyed false information, knowing the same to be false, concerning an attempt or alleged attempt being made to unlawfully damage and destroy a building, that is, the Walker County Hospital, by

means of fire or an explosive, in or affecting interstate or foreign commerce, in violation of Title 18, United States Code, Section 844(e).

**COUNT FOUR:** [18 U.S.C. § 922(g)(1)]

The United States Attorney charges:

On or about the 5th day of July, 2013, in Walker County, within the Northern District of Alabama, the defendant,

**BRANDON JOSEPH PEAKE,**

after having been convicted on August 13, 2012, in the Circuit Court of Jefferson County, Alabama, of the offense of Unlawful Possession of a Controlled Substance, in case number CC-2012-0304, the said offense being a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a Heckler and Koch .40 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT FIVE:** [18 U.S.C. § 922(g)(1)]

The United States Attorney charges:

On or about the 7th day of July, 2013, in Walker County, within the Northern District of Alabama, the defendant,

**BRANDON JOSEPH PEAKE,**

after having been convicted on August 13, 2012, in the Circuit Court of Jefferson County, Alabama, of the offense of Unlawful Possession of a Controlled

Substance, in case number CC-2012-0304, the said offense being a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a Bushmaster .223 caliber semiautomatic rifle and a Glock 9mm pistol, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT SIX:** [18 U.S.C. § 922(g)(1)]

The United States Attorney charges:

On or about the 11th day of July, 2013, in Walker County, within the Northern District of Alabama, the defendant,

**BRANDON JOSEPH PEAKE,**

after having been convicted on August 13, 2012, in the Circuit Court of Jefferson County, Alabama, of the offense of Unlawful Possession of a Controlled Substance, in case number CC-2012-0304, the said offense being a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a Beretta 9mm pistol, in violation of Title 18, United States Code, Section 922(g)(1).

JOYCE WHITE VANCE
United States Attorney

/s/
E. WILSON HUNTER
Special Assistant United States Attorney